NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-107


MELISSA GUIDRY

VERSUS

DAVID DELANEY


\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 201-905-A
HONORABLE DONALD T. JOHNSON, DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*


**GLENN B. GREMILLION
JUDGE**


\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Glenn B. Gremillion and *John B. Scofield, Judges.

**\*Honorable John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as *Judge Pro Tempore*.**


                                                      **AFFIRMED.**

**Mark F. Vilar**
**Faircloth, Davidson, Vilar & Elliott, L.L.C.**
**P. O. Box 12730**
**Alexandria, LA 71315-2730**
**(318) 442-9533**
**Counsel for Plaintiff/Appellee**
         **Melissa Guidry**

**Russell L. Potter**
**Stafford, Stewart, & Potter**
**P.O. Box 1711**
**Alexandria, LA 71309**
**(318) 487-4910**
**Counsel for Defendant/Appellant**
  **David Delaney**